**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Sapphire Crossing LLC,**  Plaintiff,  v.  **Algoworks Solutions, Inc,**  Defendant. | Case No. 3:19-cv-04368-WHO  Patent Case  Jury Trial Demanded |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action **with prejudice**. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: December 2, 2019

Respectfully submitted,

/s/ Steven A. Nielsen
Steven A. Nielsen
NIELSEN PATENTS
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939
415-272-8210
Steve@NielsenPatents.com

Isaac Rabicoff
(*Pro Hac Vice admission pending*)
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Sapphire Crossing LLC**

1

<u>/s/ Meghana RaoRane</u>
Meghana RaoRane (SBN 253531)
raorane@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Neil J. McNabnay (*Pro Hac Vice*)
Texas Bar No. 24002583
mcnabnay@fr.com
Ricardo J. Bonilla (*Pro Hac Vice*)
Texas Bar No. 24082704
rbonilla@fr.com
Aaron P. Pirouzina (*Pro Hac Vice)*
Texas Bar No. 24098958
pirouznia@fr.com
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091

**ATTORNEYS FOR DEFENDANT ALGOWORKS SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on December 2, 2019, via the Court's CM/ECF system.

<u>/s/ Steven A. Nielsen</u>
Steven A. Nielsen

SO ORDERED this 2nd day of December, 2019.

                                          */s/*
                            UNITED STATES DISTRICT JUDGE